■ The People of the State of New York, Respondent, v Angel De Jesus, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Nicolai, J.), rendered October 28, 1988.

Ordered that the judgment is affirmed *(see, People v Kazepis, 101 AD2d 816)*. Thompson, J. P., Lawrence, Sullivan, Harwood and Balletta, JJ., concur.